# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KREIGHAMMER VONNJORDSSON,**

    Petitioner,

v.

**WARDEN, OHIO STATE PENITENTIARY,**

    Respondent.

**CASE NO. 2:17-CV-949**
**JUDGE JAMES L. GRAHAM**
**Magistrate Judge Elizabeth P. Deavers**

## OPINION AND ORDER

On November 1, 2017, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed. (Doc. 2.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (Doc. 2) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has failed his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

Date: December 1, 2017

                                                            _s/James L. Graham_
                                                              JAMES L. GRAHAM
                                                              United States District Judge